# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 277 | **DATE** | 8/31/2005 |
| **CASE TITLE** | NATIVE AMERICAN ARTS, INC. vs. JEWEL FOOD STORES, INC., et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing held and continued to 10/24/05 at 9:30 a.m. Third party defendant's motion to dismiss is taken under advisement. Third party plaintiff to respond by 9/21/05. Third party defendant to reply by 10/5/05. Ruling by mail. Disclosure of plaintiff's expert pursuant to FRCP 26(a)(2) extended to 1/17/06. Deposition of plaintiff's expert to be completed by 3/2/06. Disclosure of defendants' expert pursuant to FRCP 26(a)(2) by 4/6/06. Deposition of defendants experts to be completed by 5/17/06. Discovery cut-off extended to 5/30/05. Filing of dispositive motions with supporting memoranda extended to 6/30/06.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|