# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 277 | **DATE** | 12/5/2005 |
| **CASE TITLE** | NATIVE AMERICAN ARTS, INC. vs. JEWEL FOOD STORES, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's oral motion to dismiss with prejudice and without costs and attorneys fees pursuant to FRCP 41(a)(2) is granted. All pending dates and motions are terminated as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|